UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Civil Action No. 08-cv-00597-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

SCHROEDER CONSTRUCTION; and
JAMES E. SCHROEDER,

    Defendants.
_____

**ORDER RE: STIPULATED MOTION TO AMEND/CORRECT/MODIFY (docket # 14)**
_____

The Stipulated Motion to Amend/Correct/Modify Proposed Scheduling Order is GRANTED.

The Amended Scheduling Order (docket # 14-2) shall replace the previously filed Scheduling Order (docket # 13)

Dated this 4th day of June, 2008.

                    BY THE COURT:

                    s/ Gudrun J. Rice
                    _____
                    Gudrun J. Rice
                    U.S. Magistrate Judge