IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00597-WYD-GJR

HOME DESIGN SERVIES, INC.,

    Plaintiff,

v.

SCHROEDER CONSTRUCTION; and
JAMES E. SCHROEDER,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Voluntary Dismissal With Prejudice (docket #22), filed June 24, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the parties' Stipulation for Voluntary Dismissal With Prejudice (docket #22), filed June 24, 2008, is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs. It is

FURTHER ORDERED that the Court shall retain jurisdiction of this matter to enforce the terms of the parties' settlement.

Dated: June 24, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge